IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Case No. 1:25-mj-192<br>ROBERT J. SCOFIELD, )<br>)<br>)<br>Defendant. ) | |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Corporal Jose Palacios, being duly sworn, state the following:

1. I entered on duty with the Central Intelligence Agency Police in July 2017. Prior to entering on duty, I completed the Uniformed Police Training Program at the Federal Law Enforcement Training Center, graduating in April 2017. I am a federal law enforcement officer as provided in 50 U.S.C. § 3515(a)(1).

2. This affidavit is submitted in support of a criminal complaint charging ROBERT J. SCOFIELD with being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

3. On March 19, 2025, at approximately 9:43 AM, I was a mobile patrol officer on duty at the George Bush Center for Intelligence (GBCI) in Fairfax County, Virginia, within the Eastern District of Virginia. I received a call over my radio that an unidentified man was near Route 123 carrying a firearm. I drove my patrol vehicle to the intersection of Route 123 and the traffic lanes connecting Route 123 to GBCI's main gate. I found an individual sitting on a bench next to the CIA Memorial, which is located within the property line of the GBCI installation. The

1

individual was sitting on the bench and holding a firearm in his hand pointed towards his own head. Officers on scene commanded the individual to drop his weapon and surrender, but he did not comply. While I was talking with the individual, he identified himself as ROBERT SCOFIELD. SCOFIELD later told me that he was on probation out of the state of Oregon and was not supposed to leave the state of Oregon. I conversed with SCOFIELD while I attempted to talk to him and deescalate the situation. Other officers with the Fairfax County Police Department continued to speak with SCOFIELD over multiple hours while SCOFIELD remained seated on the bench.

4. Later in the afternoon, I heard from other officers that SCOFIELD stated that he would surrender after smoking his final cigarette. SCOFIELD eventually peacefully surrendered, was handcuffed by Fairfax County police officers, and was transferred to my custody. I read SCOFIELD his Miranda rights, and SCOFIELD declined to speak with me further. SCOFIELD was kept in custody and transferred by other CIA Police officers to jail.

5. As part of my investigation, I reviewed security camera footage of the period prior to me responding to the bench. The footage shows SCOFIELD walk into a crosswalk that runs parallel to Route 123. While standing in that crosswalk, in the middle of the inbound or outbound lanes of the main entrance to the GBCI, SCOFIELD turned towards the traffic lanes entering the GBCI installation, pointed a handgun into the installation, and fired several rounds from the handgun into the GBCI installation. The footage then depicts SCOFIELD pointing the firearm towards his head and walking west along the crosswalk. The footage then shows SCOFIELD walking onto the sidewalk, walking towards the GBCI memorial bench, and then sitting down on that bench. CIA police officers then respond to the scene.

6. The handgun previously observed by officers was recovered from SCOFIELD's possession and confirmed to be a Springfield 9mm XD Mod 3 handgun. Based on my training and experience, I know that this handgun constitutes a firearm pursuant to Title 18, United States Code, Section 921(a)(3).

7. Based on open source information, the Springfield was produced outside the Commonwealth of Virginia. Accordingly, SCOFIELD's possession of it was in and affecting interstate commerce.

8. I have reviewed a copy of SCOFIELD's criminal history, which shows that he was convicted on December 5, 2023, of manufacturing, delivering, or possessing with intent to manufacture or deliver, a controlled substance in Grant County, Washington, in violation of RCW § 69.50.401(2)(A). That is a Class B felony, which is punishable under Washington state law by up to ten years' imprisonment, under RCW § 9A.20.020(1)(b). In addition, SCOFIELD's criminal history also shows that on January 30, 2025, SCOFIELD was charged in Salem, Oregon state court with a felony count of being a felon in possession of a firearm, in violation of ORS § 166.270. According to SCOFIELD's criminal history, that charge remains pending.

///

///

9. Based on the foregoing, I submit there is probable cause to believe that on or about March 19, 2025, in Fairfax County, Virginia, within the Eastern District of Virginia, ROBERT J. SCOFIELD, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, in and affecting interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

Corporal Jose Palacios
Central Intelligence Agency Police

Attested to by the applicant in
accordance with the requirements of
Fed. R. Crim. P. 4.1 by telephone on
March 20, 2025.

Digitally signed by Ivan Davis
Date: 2025.03.20 13:43:42 -04'00'

The Honorable Ivan D. Davis
United States Magistrate Judge
Alexandria, Virginia