# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☐ Under Seal

**Judge Assigned:**

City:
Superseding Indictment:
**Criminal No.**

County: Fairfax
Same Defendant:
New Defendant: X

Magistrate Judge Case No.: 1:25-MJ-192
**Arraignment Date:**

Search Warrant Case No.:
R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Scofield, Robert James   Alias(es):   ☐ Juvenile   FBI No. [REDACTED]

**Address:** [REDACTED] Lyons, OR 97358

**Employment:**

**Birth Date:** [REDACTED] 1997   **SSN:** [REDACTED] 7578   **Sex:** Male   **Race:** White   **Nationality:**

**Place of Birth:**   Height: 5'7"   Weight: 160   Hair: Blond   Eyes: Blue   Scars/Tattoos:

☐ Interpreter   **Language/Dialect:**   Auto Description:

## Location/Status:

**Arrest Date:** Mar 19, 2025   ☒ Already in Federal Custody as of: Mar 20, 2025   in: ADC

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody
☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested
☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

Name:   ☐ Court Appointed   Counsel Conflicts:
Address:   ☐ Retained
Phone:   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Cameron Etchart   **Phone:** 703-299-3965   **Bar No.** D.C. Bar # 1616602

**Complainant Agency - Address & Phone No. or Person & Title:**

Corporal Jose Palacios, CIA Police

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 922(g)(1) | Felon in Posession | 1 | Felony |
| Set 2: | | | | |

**Date:** 3/20/25   **AUSA Signature:** Cameron Etchart /s/   *may be continued on reverse*